B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Utah

In re  **Larry Crosby Bringhurst,**
    **Kathleen Ann Sullivan Bringhurst**

                                             Debtors

Case No.  **09-31244**

Chapter  **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,097,300.00 | | |
| B - Personal Property | Yes | 6 | 77,263.76 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,257,741.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 74,055.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 447,119.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,703.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,703.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,174,563.76 | | |
| Total Liabilities | | | | 1,778,916.64 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

| | |
|---|---|
| In re **Larry Crosby Bringhurst,** | Case No. **09-31244** |
| **Kathleen Ann Sullivan Bringhurst** | |
| Debtors | Chapter **7** |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Larry Crosby Bringhurst,**
     **Kathleen Ann Sullivan Bringhurst**

Case No. _____**09-31244**_____

                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential real property located at 1402 West Ammon Way, South Jordan UT 84095; market value based on 2009 county tax assessor's valuation** | **Joint tenancy with rights of survivorship** | J | 550,300.00 | 712,399.52 |
| **Westgate (Las Vegas) Planet Hollywood Towers time share** | **Joint tenancy** | J | 32,000.00 | 22,729.07 |
| **Miners Club (Park City) timeshare** | **Joint tenancy with rights of survivorship** | J | 15,000.00 | 8,779.33 |
| **2785 East Blue Spruce Drive, Holladay, UT 84117, titled in name of Bringhurst Family Trust, dated November 7, 2005; market value based on appraisal performed by lender**<br>**Attached to this property is 1 share in Holiday Water Company** | **As Trustees for the Bringhurst Family Trust** | J | 500,000.00 | 508,140.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,097,300.00** | (Total of this page) |
| Total > | **1,097,300.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Larry Crosby Bringhurst,**                                    Case No.   **09-31244**
      **Kathleen Ann Sullivan Bringhurst**
                                                          ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **J** | **500.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mountain America Credit Union savings account no. xx7527 ($25 estimated balance)** | **H** | **Unknown** |
| | | **Mountain America Credit Union checking account no. xx7527 ($1 estimated balance)** | **H** | **Unknown** |
| | | **Granite Credit Union savings account no. xxx785-9 ($25 estimated balance)** | **W** | **Unknown** |
| | | **Granite Credit Union checking account no. xxx785-9 ($1 estimated balance)** | **W** | **Unknown** |
| | | **Salt Lake County Credit Union savings account ($102 estimated balance)** | **H** | **Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Washer ($50), dryer ($30), refrigerator ($300), freezer ($50), stove ($750), microwave oven ($20)** | **J** | **1,200.00** |
| | | **Beds and bedding ($150)** | **J** | **150.00** |
| | | **Carpets in use ($300)** | **J** | **300.00** |
| | | **Couch ($150), loveseat ($120), chairs ($40), 2 recliners ($30), 2 hutches ($200), desk ($50), coffee tables ($100), end tables ($50), lamps ($20), 4 televisions ($350), VCR ($10), DVD player ($25), radio ($10), toaster ($15), blender ($10), juicer ($10), coffee/tea maker ($10), waffle iron ($20), iron ($10), cookware ($150), kitchen utensils ($25), flatware ($20), dishes ($50), cups and glasses ($25), plants ($20), vacuum cleaner ($50), carpet cleaner ($25), telephone ($15)** | **J** | **1,610.00** |
| | | **Dressers ($25), small refrigerator ($50)** | **H** | **75.00** |

|  |  |
|---|---|
| Sub-Total > | **3,835.00** |
| (Total of this page) | |

  **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Larry Crosby Bringhurst,**   Case No. __09-31244__
        **Kathleen Ann Sullivan Bringhurst**

                                        ,
                          Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Knick knacks | W | 75.00 |
| | | Kitchen table ($200), chairs ($100) | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork depicting/produced by self/family | J | 0.00 |
| | | Books ($200) | W | 200.00 |
| | | Music CDs ($25), videos/DVDs ($250) | J | 275.00 |
| | | Coin collection | H | 2,500.00 |
| | | Bell collection | W | 100.00 |
| | | Artwork: 1 original painting by Ron Wagner, multiple framed prints, limited edition prints | J | 500.00 |
| 6. Wearing apparel. | | Clothing and shoes for two persons ($500) | J | 500.00 |
| 7. Furs and jewelry. | | Costume jewelry | W | 5.00 |
| | | Jewelry; market value based on verbal appraisal from Jumping Jack Pawn Shop | W | 675.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 digital cameras | J | 600.00 |
| | | Camcorder ($50) | J | 50.00 |
| | | 2 bicycles | H | 150.00 |
| | | Snorkel gear | J | 50.00 |
| | | Golf clubs | H | 100.00 |
| | | Wii Nintendo game | J | 100.00 |
| | | Beretta 40 caliber | H | 350.00 |
| | | Hasselblad photographic equipment | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **7,030.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Larry Crosby Bringhurst,**                          Case No.    **09-31244**
         **Kathleen Ann Sullivan Bringhurst**

                                               Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Ameriprise Financial portfolio no. xxxxxxxx6001 IRA** | W | 49,820.41 |
| | | **State of Utah retirement plan ($3,032 per month)** | H | 3,032.00 |
| | | **State of Utah retirement plan ($3,229 per month)** | W | 3,229.00 |
| | | **University of Utah Retirement Plans 401(a), not property of bankruptcy estate under Patterson v. Shumate** | W | 747.35 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% interest in KT Educational Enterprises, LLC, the assets of which include: Mountain America Credit Union savings and checking account no. xxx0261 ($11,000 estimated balance operating capital); inventory (books $4,000, kit materials $200); office equipment (printers, computers; $1,500); trademarks and intellectual property rights to materials written and produced by this company (not believed to have market value); other 50% interest owned by Patricia Saccomano All assets of this business located at Debtors' home. The business is solvent.** | W | **Unknown** |

                                               Sub-Total >        56,828.76
                                               (Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Larry Crosby Bringhurst,**                                    Case No.   __09-31244__
        **Kathleen Ann Sullivan Bringhurst**

                                                    ,
                                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Constable Larry Bringhurst, LLC aka Constable Bringhurst, LLC (99% of this business belongs to Debtor Larry Crosby Bringhurst; 1% belongs to joint debtor Kathleen Ann Sullivan Bringhurst), the assets of which are: a Mountain America Credit Union savings account no. xxx4286 ($25 estimated balance), a Mountain America Credit Union checking account no. xxx4286 ($25 estimated balance), a 2003 Ford Windstar LX (encumbered by a $3,485.46 Mountain America Credit Union lien; no equity in this vehicle), a 2004 Ford Van E-350 (encumbered by a $6,206.26 Mountain America Credit Union lien; no equity in this vehicle), 2002 Honda Civic GX (encumbered by a $10,846.55 Mountain America Credit Union lien; no equity in this vehicle), 2002 computer ($100), inoperable laptop computer ($0), office furniture (desk, chair, pad, bookcase, etc.; $500 value), $51% interest in Constable Services Acquisition Company (which owns a 51% interest in Court Transportation Bailiff Services LLC), 51% interest in Court Security Services, LLC 1% of this business is owned by Joint Debtor Kathleen Ann Sullivan Bringhurst; the assets of this business located at 47 East 7200 South #221, Midvale, UT 84047. This business is insolvent.** | J | 0.00 |
| | | **100% interest in Salt Lake County Constable Company, LLC, which has no assets** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Larry Crosby Bringhurst,**
    **Kathleen Ann Sullivan Bringhurst**

Case No.    **09-31244**

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **50% interest in 2002 BMW X5, jointly owned with Constable Bringhurst, LLC (117,000 miles on it; $7,500 estimated market value)** | J | 3,750.00 |
| | | **1992 Ford F150 COF pickup truck VIN 1FTEF14N1NKB69066 (147,500 miles)** | H | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >     **6,250.00**
(Total of this page)

Sheet **4** of **5** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Larry Crosby Bringhurst,**
       **Kathleen Ann Sullivan Bringhurst**
_____,
                    Debtors

Case No.  **09-31244**  _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Hearing aid ($500), glasses ($0)** | J | 500.00 |
| | | **1 share in Holiday Water Company** | J | 500.00 |
| | | **Computer purchased in 2007 ($500), printers ($70)** | J | 570.00 |
| | | **Cellular phones** | J | 50.00 |
| | | **Barbeque** | J | 100.00 |
| | | **Exercise equipment (treadmiller, stair climber, weights, etc.)** | J | 150.00 |
| | | **Christmas decorations** | J | 50.00 |
| | | **Suitcases** | J | 50.00 |
| | | **Lawn tools, yard equipment** | J | 350.00 |
| | | **Woodworking tools** | J | 250.00 |
| | | **Hand tools** | J | 750.00 |
| | | **The Bringhurst Family Trust (dated November 7, 2005), the only property held by this trust is real property located at 2785 East Blue Spruce Drive, Holladay, UT 84117), as listed in Schedule A:** | - | 0.00 |

|  | Sub-Total > | **3,320.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **77,263.76** |

Sheet  __5__  of  __5__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07)

.

In re  **Larry Crosby Bringhurst,**
       **Kathleen Ann Sullivan Bringhurst**

Case No. **09-31244**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Washer ($50), dryer ($30), refrigerator ($300), freezer ($50), stove ($750), microwave oven ($20)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **1,200.00** | **1,200.00** |
| **Beds and bedding ($150)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(E)** | **150.00** | **150.00** |
| **Carpets in use ($300)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **300.00** | **300.00** |
| **Couch ($150), loveseat ($120), chairs ($40), 2 recliners ($30), 2 hutches ($200), desk ($50), coffee tables ($100), end tables ($50), lamps ($20), 4 televisions ($350), VCR ($10), DVD player ($25), radio ($10), toaster ($15), blender ($10), juicer ($10), coffee/tea maker ($10), waffle iron ($20), iron ($10), cookware ($150), kitchen utensils ($25), flatware ($20), dishes ($50), cups and glasses ($25), plants ($20), vacuum cleaner ($50), carpet cleaner ($25), telephone ($15)** | **Utah Code Ann. § 78B-5-506(1)(a)** | **1,000.00** | **1,610.00** |
| **Kitchen table ($200), chairs ($100)** | **Utah Code Ann. § 78B-5-506(1)(b)** | **300.00** | **300.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Artwork depicting/produced by self/family** | **Utah Code Ann. § 78B-5-505(1)(a)(ix)** | **100%** | **0.00** |
| **Books ($200)** | **Utah Code Ann. § 78B-5-506(1)(c)** | **200.00** | **200.00** |
| **Music CDs ($25), videos/DVDs ($250)** | **Utah Code Ann. § 78B-5-506(1)(c)** | **275.00** | **275.00** |
| **Wearing Apparel** | | | |
| **Clothing and shoes for two persons ($500)** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **500.00** | **500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 digital cameras** | **Utah Code Ann. § 78B-5-506(2)** | **600.00** | **600.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Ameriprise Financial portfolio no. xxxxxxxx6001 IRA** | **Utah Code Ann. § 78B-5-505(1)(a)(xiv)** **11 U.S.C. § 522(b)(3)(C)** | **49,820.41** **0.00** | **49,820.41** |
| **State of Utah retirement plan ($3,032 per month)** | **Utah Code Ann. § 78B-5-505(1)(a)(xiv)** **Utah Code Ann. § 49-11-612** **11 U.S.C. § 522(b)(3)(C)** | **3,032.00** **0.00** **0.00** | **3,032.00** |
| **State of Utah retirement plan ($3,229 per month)** | **Utah Code Ann. § 78B-5-505(1)(a)(xiv)** **Utah Code Ann. § 49-11-612** **11 U.S.C. § 522(b)(3)(C)** | **3,229.00** **0.00** **0.00** | **3,229.00** |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Larry Crosby Bringhurst,**
       **Kathleen Ann Sullivan Bringhurst**

Case No.   **09-31244**

Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| University of Utah Retirement Plans 401(a), not property of bankruptcy estate under Patterson v. Shumate | Utah Code Ann. § 78B-5-505(1)(a)(xiv) 11 U.S.C. § 522(b)(3)(C) | 747.35 0.00 | 747.35 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 50% interest in 2002 BMW X5, jointly owned with Constable Bringhurst, LLC (117,000 miles on it; $7,500 estimated market value) | Utah Code Ann. § 78B-5-506(3) | 903.28 | 7,500.00 |
| 1992 Ford F150 COF pickup truck VIN 1FTEF14N1NKB69066 (147,500 miles) | Utah Code Ann. § 78B-5-506(3) | 2,500.00 | 2,500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Hearing aid ($500), glasses ($0) | Utah Code Ann. § 78B-5-505(1)(a)(ii) | 500.00 | 500.00 |
| Computer purchased in 2007 ($500), printers ($70) | Utah Code Ann. § 78B-5-506(2) | 570.00 | 570.00 |
| Cellular phones | Utah Code Ann. § 78B-5-506(2) | 50.00 | 50.00 |
| Exercise equipment (treadmiller, stair climber, weights, etc.) | Utah Code Ann. § 78B-5-505(1)(a)(ii) | 150.00 | 150.00 |

Total:   **66,027.04**   **73,233.76**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**

Case No. ___**09-31244**___

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3947** <br><br> **ARC Miners Club, LLC** <br> **PO Box 881069** <br> **San Diego, CA 92168-1069** | | J | **2004 (est)** <br><br> **Consumer debt: Time share loan** <br><br> **Miners Club (Park City) timeshare** | | | | | |
| | | | Value $                     **15,000.00** | | | | **8,779.33** | **0.00** |
| Account No. **xxxxxx0252** <br><br> **BMW Bank of North America** <br> **PO Box 78066** <br> **Phoenix, AZ 85062-8066** | | J | **2004** <br><br> **Consumer debt: Auto loan** <br><br> **50% interest in 2002 BMW X5, jointly owned with Constable Bringhurst, LLC (117,000 miles on it; $7,500 estimated market value)** | | | | | |
| | | | Value $                      **7,500.00** | | | | **5,693.44** | **0.00** |
| Account No. **xxx-xx-3947** <br><br> **Dolphin Pools & Spas** <br> **4678 South HIghland Drive, Suite #1** <br> **Salt Lake City, UT 84117** | | J | **August 2007** <br><br> **Consumer debt: Lien** <br><br> **Residential real property located at 1402 West Ammon Way, South Jordan UT 84095; market value based on 2009 county tax assessor's valuation** | | | | | |
| | | | Value $                    **550,300.00** | | | | **26,907.52** | **26,907.52** |
| Account No. **xxxxx2161** <br><br> **Mountain America CU/Doven Muehle** <br> **1 Corporate Drive** <br> **Suite 360** <br> **Lake Zurich, IL 60047** | | J | **December 2007** <br><br> **Consumer debt: Trust Deed** <br><br> **Residential real property located at 1402 West Ammon Way, South Jordan UT 84095; market value based on 2009 county tax assessor's valuation** | | | | | |
| | | | Value $                    **550,300.00** | | | | **685,492.00** | **135,192.00** |

___**1**___  continuation sheets attached

Subtotal
(Total of this page)

| **726,872.29** | **162,099.52** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Larry Crosby Bringhurst,**                                                    Case No.____**09-31244**_____
      **Kathleen Ann Sullivan Bringhurst**
_____,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx3474**<br><br>**University of Utah Federal Credit Union<br>PO Box 58025<br>Salt Lake City, UT 84158** | | | J | **October 2007<br>Business debt: Trust Deed<br>2785 East Blue Spruce Drive, Holladay, UT 84117, titled in name of Bringhurst Family Trust, dated November 7, 2005; market value based on appraisal performed by lender<br>Attached to this property is 1 share in** | | | | | |
| | | | | Value $          **500,000.00** | | | | **508,140.00** | **8,140.00** |
| Account No. **xxxxxxx4440**<br><br>**Westgate Resorts<br>2801 Professional Parkway<br>Ocoee, FL 34761-0846** | | | J | **2008<br><br>Consumer debt: Time share loan<br><br>Westgate (Las Vegas) Planet Hollywood Towers time share** | | | | | |
| | | | | Value $          **32,000.00** | | | | **22,729.07** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **530,869.07** | **8,140.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,257,741.36** | **170,239.52** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re **Larry Crosby Bringhurst,**
    **Kathleen Ann Sullivan Bringhurst**

Case No. _____**09-31244**_____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
      **Kathleen Ann Sullivan Bringhurst**

Case No. ___**09-31244**___

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3947** Internal Revenue Service Attn Special Proceedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | J | **2007** Business debt: Federal income taxes | | | | 25,626.60 | 0.00 | 25,626.60 |
| Account No. **xxx-xx-3947** Internal Revenue Service Attn Special Proceedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | J | **2008** Business debt: Federal income taxes | | | | 32,264.00 | 0.00 | 32,264.00 |
| Account No. **xxx-xx-3947** Internal Revenue Service Attn Special Proceedures, Mail Stop 5021 50 South 200 East Salt Lake City, UT 84111 | | J | **2009** Business debt: Anticipated tax penalty for withdrawal of IRA funds | | | | 11,000.00 | 0.00 | 11,000.00 |
| Account No. **xxx-xx-3947** Utah State Tax Commission Attn Bankruptcy Unit 210 North 1950 West Salt Lake City, UT 84134 | | J | **2008** Business debt: State income taxes | | | | 5,165.00 | 0.00 | 5,165.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 74,055.60 | 0.00 / 74,055.60 |
| Total (Report on Summary of Schedules) | 74,055.60 | 0.00 / 74,055.60 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Larry Crosby Bringhurst,**
       **Kathleen Ann Sullivan Bringhurst**

Case No. _____**09-31244**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x4003**  **American Express** PO Box 981537 El Paso, TX 79998 | | J | December 1997 **90% business debt, 10% consumer debt: credit card** | | | | **42,360.00** |
| Account No. **xxxxx6098**  **Anthony Fernlund, et al** c/o Robinson, Seiler & Anderson, counsel PO Box 1266 Provo, UT 84603-1266 | | H | 2007 **Business debt: Suit for breach of contract** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-4623**  **Bank of America** 4161 Piedmont Parkway Greensboro, NC 27410-8110 | | J | February 1999 **Consumer debt: Credit card** | | | | **2,002.00** |
| Account No. **xxxx-xxxx-xxxx-7333**  **Chase** 800 Brooksedge Blvd. Westerville, OH 43081 | | W | November 2005 **Consumer debt: Credit card** | | | | **4,386.00** |

__3___ continuation sheets attached

Subtotal
(Total of this page)

**48,748.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:29378-091012   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
       **Kathleen Ann Sullivan Bringhurst**

Case No. _____**09-31244**_____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx0001** | | | | **2006** **Business debt: business note** | | | | |
| **Chase** **800 Brooksedge Blvd.** **Westerville, OH 43081** | | H | | | | | | 251,567.68 |
| Account No. **x0220XXXX** | | | | **April 2005** **Consumer debt: Line of credit** | | | | |
| **Global Connections** **5320 College Boulevard** **Overland Park, KS 66211-1621** | | | J | | | | | 2,809.00 |
| Account No. **xxx-xxxx6299** | | | | **2009** **Consumer debt: Medical services** | | | | |
| **Intermountain Medical Center** **5121 South Cottonwood Street** **Murray, UT 84157** | | H | | | | | | 700.00 |
| Account No. **xxx-xx-3947** | | | | **2007** **Business debt: personal loan** | | | | |
| **Joseph Sullivan** **3729 South Merrimac Circle** **Stockton, CA 95219** | | | J | | | | | 30,000.00 |
| Account No. **xxx-xx-2789** | | | | **2009** **Consumer debt: Credit card** | | | | |
| **Macy's/GEMB** **PO Box 8122** **Mason, OH 45045** | | W | | | | | | 109.00 |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

285,185.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**

Case No. ____**09-31244**____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx7527**<br><br>**Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | | H | | | **1975**<br>**Consumer debt: Swift cash/check card** | | | | 700.00 |
| Account No. **xx7527XXXX**<br><br>**Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | | J | | | **February 2001**<br>**Consumer debt: Credit card** | | | | 3,878.00 |
| Account No. **xxx4286**<br><br>**Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | | J | | | **2003**<br>**Business debt: Auto loan for 2003 Ford Winstar LX owned by Constable Bringhurst, LLC** | | | | 3,485.46 |
| Account No. **xxx4286**<br><br>**Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | | J | | | **2005**<br>**Business debt: Auto loan for 2004 Ford Van E-350 owned by Constable Bringhurst, LLC** | | | | 6,206.26 |
| Account No. **xxx4286**<br><br>**Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | | J | | | **2004**<br>**Business debt: Auto loan for 2003 Ford Winstar LX owned by Constable Bringhurst, LLC** | | | | 10,846.55 |

Sheet no. __**2**__ of __**3**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,116.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
      **Kathleen Ann Sullivan Bringhurst**

Case No. ___**09-31244**___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **959XXXX** | | | | April 1996 NOTICE ONLY; recently paid off; zero balance | | | | |
| R.C. Willey Home Furnishings 2301 South 300 West Salt Lake City, UT 84115 | | J | | | | | | 0.00 |
| Account No. **None** | | | | 2006-2009 Business Debt: Attorney's fees (estimate) | | | | |
| Sara Pfrommer 2663 LIttle Kate Road P.O.Box 3915 Park City, UT 84060 | | J | | | | | | 75,000.00 |
| Account No. **xxx-xx-3947** | | | | 2008 Consumer debt: Yard services | | | | |
| Wild Willie's Yard Services, Inc. PO Box 17657 Holladay, UT 84117 | | J | | | | | | 13,069.73 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**3**___ of __**3**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 88,069.73 |
| | Total (Report on Summary of Schedules) | 447,119.68 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Larry Crosby Bringhurst,**                                      Case No.   __09-31244_____
        **Kathleen Ann Sullivan Bringhurst**
_____,
                        Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Larry Crosby Bringhurst,**                                     Case No.    **09-31244**
      **Kathleen Ann Sullivan Bringhurst**

                                      Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

| In re | Larry Crosby Bringhurst<br>Kathleen Ann Sullivan Bringhurst | Case No. | 09-31244 |
|---|---|---|---|
| | Debtor(s) | | |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Constable** | **Director of curriculum** |
| Name of Employer | **Self-employed** | **Guadalupe Schools** |
| How long employed | **8 years** | **2 years** |
| Address of Employer | **Constable Larry Bringhurst, LLC** | **340 South Goshen Street**<br>**Salt Lake City, UT 84104** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **2,015.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **2,015.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **301.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): **United Way charitable deduction** | $ **0.00** | $ **11.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **312.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **1,703.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **2,737.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>     dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **3,033.00** | $ **3,230.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **5,770.00** | $ **3,230.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,770.00** | $ **4,933.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **10,703.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **None**

B6J (Official Form 6J) (12/07)

In re    **Larry Crosby Bringhurst**
**Kathleen Ann Sullivan Bringhurst**    Case No.    **09-31244**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 5,201.00 |
| a. Are real estate taxes included? | Yes __X__ | No ____ | |
| b. Is property insurance included? | Yes __X__ | No ____ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 225.00 |
|        b. Water and sewer | | $ | 91.00 |
|        c. Telephone | | $ | 0.00 |
|        d. Other   **Telephone/cellular phone/Internet/cable TV** | | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 469.00 |
| 5. Clothing | | $ | 120.00 |
| 6. Laundry and dry cleaning | | $ | 80.00 |
| 7. Medical and dental expenses | | $ | 350.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|        a. Homeowner's or renter's | | $ | 0.00 |
|        b. Life | | $ | 0.00 |
|        c. Health | | $ | 447.00 |
|        d. Auto | | $ | 149.00 |
|        e. Other   **Long-term disability** | | $ | 38.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify):   **Repayment of back taxes owed to IRS** | | $ | 1,600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|        a. Auto | | $ | 1,000.00 |
|        b. Other | | $ | 0.00 |
|        c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ | 208.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,703.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 10,703.00 |
| b.   Average monthly expenses from Line 18 above | $ | 10,703.00 |
| c.   Monthly net income (a. minus b.) | $ | 0.00 |

**B6J (Official Form 6J) (12/07)**

In re    **Larry Crosby Bringhurst**
**Kathleen Ann Sullivan Bringhurst**                    Case No.   **09-31244**
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| **Personal care** | $ | **100.00** |
| **Alarm (security)** | $ | **41.00** |
| **Newspaper** | $ | **15.00** |
| **Professional fees and continuing training** | $ | **52.00** |
| **Total Other Expenditures** | $ | **208.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Larry Crosby Bringhurst**
**Kathleen Ann Sullivan Bringhurst**                                                Case No.    **09-31244**

Debtor(s)                          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**24**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **October 14, 2009**                    Signature   **/s/ Larry Crosby Bringhurst**

**Larry Crosby Bringhurst**
Debtor


Date   **October 14, 2009**                    Signature   **/s/ Kathleen Ann Sullivan Bringhurst**

**Kathleen Ann Sullivan Bringhurst**
Joint Debtor


*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Utah

In re    **Larry Crosby Bringhurst**
      **Kathleen Ann Sullivan Bringhurst**                        Case No.    **09-31244**

                                Debtor(s)             Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $10,500.00 | **Year 2007 husband's gross income from Constable Services Acquisitions ($10,500)** |
| $10,285.00 | **Year 2007 wife's gross income from University of Utah ($8,700); Guadalupe Schools ($1,585)** |
| $66,548.00 | **Year 2008 husband's gross income from Constable Larry Bringhurst LLC, ($26,003); Court Security Services Court Transportation & Bailiff Services (dba CTB) ($40,545)** |
| $33,965.00 | **Year 2008 wife Guadalupe Schools ($30,970.00); Year 2008 KT Educational Enterprises, LLC ($2,995 with a loss of $9,399)** |

2

| AMOUNT | SOURCE |
|---|---|
| **$26,000.00** | **Year 2009 YTD husband's gross income estimate based on grosses from March 1 through September 30, 2009 from Constable Larry Bringhurst, LLC** |
| **$26,515.72** | **Year 2009 YTD wife's gross income from draws from KT Educational Enterprises, LLC ($4,250); Guadalupe Schools ($22,265.72)** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$45,135.00** | **Year 2007 husband's gross Utah Retirement Systems pension** |
| **$42,681.00** | **Year 2007 wife's gross Utah Retirement Systems pension** |
| **$90,011.00** | **Year 2008 husband and wife joint Utah Retirement Systems** |
| **$39,403.00** | **Year 2009 YTD (January 1 to October 13, 2009) husband's gross Utah Retirement Systems pension ($3,940.30 gross per month)** |
| **$38,248.10** | **Year 2009 YTD (January 1 to October 13, 2009) wife's gross benefit from Utah Retirement Systems ($3,824.81 gross per month)** |

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Mountain America CU/Doven Muehle 1 Corporate Drive Suite 360 Lake Zurich, IL 60047** | **$5200.15 per month in August, September, and October 2009, with additional payment of $2082.38 pre-petition (on October 13, 2009 at 2:27 p.m.)** | **$17,682.83** | **$685,492.00** |

None ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Anthony Fernlund, et al vs. Constable Services Acquisition Company, LLC; et al (incl. Larry Bringhurst) Civil no. 070916098** | **Breach of contract etc.** | **Third Judicial District Court in and for Salt Lake County, State of Utah** | **Pending for 2 years** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **University of Utah Federal Credit Union PO Box 58025 Salt Lake City, UT 84158** | **Notice of Trustee's Sale filed September 15, 2009** | **2785 East Blue Spruce Drive, Holladay, UT 84117 ($500,000.00 market value) Trustee's sale set for public auction October 14, 2009 at 10:00am; foreclosure sale stayed by the Automatic Stay in this case** |

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **United Way/Guadalupe Schools 175 South West, Suite 30 Salt Lake City, UT 84101-1424** | **None** | **May 2009** | **$100 cash donation** |
| **Guadalupe Schools 340 South Goshen Street Salt Lake City, UT 84104** | **Employer** | **October 2008 ($300); April 2009 ($100)** | **$400** |

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Office of Paul Toscano, P.C. Newhouse Building, Suite 614 10 Exchange Place Salt Lake City, UT 84111** | **October 8, 2009 ($2,100)** | **$2,100.00: $1,801.00 attorney's fees, $299.00 court filing fees** |
| **Granite Lake Educational Resources 15106 Granite Lake Road Cheney, WA 99004** | **October 13, 2009, 4:00pm PDT** | **$50** |

**10. Other transfers**

None ☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Westgate Resorts 2801 Professional Parkway Ocoee, FL 34761-0846**<br>  **None** | **June 2008** | **Swapped one timeshare location in Las Vegas NV (from the Flamingo) to another timeshare (Planet Hollywood) in Las Vegas NV** |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **The Home Depot/CBSD**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | **Charge account** | **May 2009; closed by creditor** |

### 12.  Safe deposit boxes

None
☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Mountain America Credit Union**<br>**660 South 200  East**<br>**Salt Lake City, UT 84111** | **Larry Crosby Bringhurst** | **Legal papers and coins** | **None** |

### 13.  Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **KT Educational Enterprises**<br>**1402 West Ammon Way**<br>**South Jordan, UT 84095** | **Inventory (books $4,000, kit materials $200); office equipment (printers, computers; $1,500)** | **1402 West Ammon Way, South Jordan UT 84095** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2785 Blue Spruce Drive, Holladay, UT 84117 | Larry Crosby Bringhurst & Kathleen Ann Sullivan Bringhurst | January 1990 to December 2007 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **KT Educational Etnerprises, LLC** | 26-1207581 | **1402 West Ammon Way South Jordan, UT 84095** | **Educational sales and consultation** | **November 1, 2007 to present** |
| **Constable Larry Bringhurst, LLC** | 87-0669874 | **47 East 7200 South, Suite 221 Midvale, UT 84047** | **Service of legal process and court security and bailiff services** | **February 14, 2001 to present** |
| **Constable Services LLC** | 87-0628837 | **47 East 7200 South, Suite 221 Midvale, UT 84047** | **Service of legal process** | **September 6, 2002 to present (currently not doing business)** |
| **Constable Services Acquisition LLC** | 54-2103981 | **47 East 7200 South, Suite 221 Midvale, UT 84047** | **Service of legal process** | **August 1, 2002 to present (currently not doing business)** |
| **Court Transporation Bailiff Services LLC** | 54-2103976 | **47 East 7200 South, #221 Midvale, UT 84047** | **Court security and prisoner transport services** | **March 2003 to June 30, 2008 (ceased business operations completely)** |
| **Court Security Services, LLC** | 26-2252751 | **47 East 7200 South, #221 Midvale, UT 84047** | **Court security and prisoner transportation** | **March 25, 2008 to present (currently in operation)** |
| **Salt Lake County Constable Company, LLC** | None | **47 East 7200 South, #221 Midvale, UT 84047** | **Never did business** | **August 20, 2007 to present (never did business)** |

None


b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐  supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Smith Powell and Company LLC**<br>**68 South Main 3rd Floor**<br>**Salt Lake City, UT 84101** | **Tax services only from 2002 to the**<br>**present** |
| **Debtors**<br>**1402 West Ammon Way**<br>**South Jordan, UT 84095** | **Kathleen Bringhurst keeps the books**<br>**for KT Educational Enterprises**<br>**Larry Bringhurst keeps the books for**<br>**his companies** |
| **Qqest Payroll Services**<br>**9350 South 150 East**<br>**Suite 300**<br>**Sandy, UT 84070** | **July 2008 to present for Court Security**<br>**Services LLC** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■  of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐  of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtors** | **1402 West Ammon Way**<br>**South Jordan, UT 84095** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■  issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■  and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October 14, 2009**          Signature **/s/ Larry Crosby Bringhurst**
                                              **Larry Crosby Bringhurst**
                                              Debtor


Date **October 14, 2009**          Signature **/s/ Kathleen Ann Sullivan Bringhurst**
                                              **Kathleen Ann Sullivan Bringhurst**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re  **Larry Crosby Bringhurst**
**Kathleen Ann Sullivan Bringhurst**
_____
Debtor(s)

Case No.  **09-31244**
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**ARC Miners Club, LLC** | **Describe Property Securing Debt:**<br>**Miners Club (Park City) timeshare** |

Property will be (check one):

■  Surrendered                    □  Retained

If retaining the property, I intend to (check at least one):
□  Redeem the property
□  Reaffirm the debt
□  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□  Claimed as Exempt                    ■  Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BMW Bank of North America** | **Describe Property Securing Debt:**<br>**50% interest in 2002 BMW X5, jointly owned with Constable Bringhurst, LLC (117,000 miles on it; $7,500 estimated market value)** |

Property will be (check one):

□  Surrendered                    ■  Retained

If retaining the property, I intend to (check at least one):
□  Redeem the property
■  Reaffirm the debt
□  Other.  Explain _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■  Claimed as Exempt                    □  Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Mountain America CU/Doven Muehle** | **Describe Property Securing Debt:**<br>**Residential real property located at 1402 West Ammon Way, South Jordan UT 84095; market value based on 2009 county tax assessor's valuation** |

Property will be (check one):
☐  Surrendered                              ■  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
■  Other. Explain **Debtors will retain collateral and continue to make monthly payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐  Claimed as Exempt                        ■  Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**University of Utah Federal Credit Union** | **Describe Property Securing Debt:**<br>**2785 East Blue Spruce Drive, Holladay, UT 84117, titled in name of Bringhurst Family Trust, dated November 7, 2005; market value based on appraisal performed by lender Attached to this property is 1 share in Holiday Water Company** |

Property will be (check one):
■  Surrendered                              ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐  Claimed as Exempt                        ■  Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Westgate Resorts** | **Describe Property Securing Debt:**<br>**Westgate (Las Vegas) Planet Hollywood Towers time share** |

Property will be (check one):
    ■  Surrendered               ☐  Retained

If retaining the property, I intend to (check at least one):
    ☐  Redeem the property
    ☐  Reaffirm the debt
    ☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐  Claimed as Exempt              ■  Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>**October 14, 2009**</u>        Signature  <u>**/s/ Larry Crosby Bringhurst**</u>
                                          **Larry Crosby Bringhurst**
                                          Debtor

Date  <u>**October 14, 2009**</u>        Signature  <u>**/s/ Kathleen Ann Sullivan Bringhurst**</u>
                                            **Kathleen Ann Sullivan Bringhurst**
                                          Joint Debtor