B6B (Official Form 6B) (12/07)

In re  **Larry Crosby Bringhurst,**　　　　　　　　　　　　　　　　　　　　Case No.　**09-31244**
　　　　**Kathleen Ann Sullivan Bringhurst**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mountain America Credit Union savings account no. xx7527 ($25 estimated balance)** | H | Unknown |
| | | | **Mountain America Credit Union checking account no. xx7527 ($1 estimated balance)** | H | Unknown |
| | | | **Granite Credit Union savings account no. xxx785-9 ($25 estimated balance)** | W | Unknown |
| | | | **Granite Credit Union checking account no. xxx785-9 ($1 estimated balance)** | W | Unknown |
| | | | **Salt Lake County Credit Union savings account ($102 estimated balance)** | H | Unknown |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Washer ($50), dryer ($30), refrigerator ($300), freezer ($50), stove ($750), microwave oven ($20)** | J | 1,200.00 |
| | | | **Beds and bedding ($150)** | J | 150.00 |
| | | | **Carpets in use ($300)** | J | 300.00 |
| | | | **Couch ($150), loveseat ($120), chairs ($40), 2 recliners ($30), 2 hutches ($200), desk ($50), coffee tables ($100), end tables ($50), lamps ($20), 4 televisions ($350), VCR ($10), DVD player ($25), radio ($10), toaster ($15), blender ($10), juicer ($10), coffee/tea maker ($10), waffle iron ($20), iron ($10), cookware ($150), kitchen utensils ($25), flatware ($20), dishes ($50), cups and glasses ($25), plants ($20), vacuum cleaner ($50), carpet cleaner ($25), telephone ($15)** | J | 1,610.00 |
| | | | **Dressers ($25), small refrigerator ($50)** | H | 75.00 |
| | | | | Sub-Total > (Total of this page) | 3,835.00 |

　**5**　continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,** Case No. **09-31244**
**Kathleen Ann Sullivan Bringhurst** ,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Knick knacks | W | 75.00 |
| | | Kitchen table ($200), chairs ($100) | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork depicting/produced by self/family | J | 0.00 |
| | | Books ($200) | W | 200.00 |
| | | Music CDs ($25), videos/DVDs ($250) | J | 275.00 |
| | | Coin collection | H | 2,500.00 |
| | | Bell collection | W | 100.00 |
| | | Artwork: 1 original painting by Ron Wagner, multiple framed prints, limited edition prints | J | 500.00 |
| 6. Wearing apparel. | | Clothing and shoes for two persons ($500) | J | 500.00 |
| 7. Furs and jewelry. | | Costume jewelry | W | 5.00 |
| | | Jewelry; market value based on verbal appraisal from Jumping Jack Pawn Shop | W | 675.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 digital cameras | J | 600.00 |
| | | Camcorder ($50) | J | 50.00 |
| | | 2 bicycles | H | 150.00 |
| | | Snorkel gear | J | 50.00 |
| | | Golf clubs | H | 100.00 |
| | | Wii Nintendo game | J | 100.00 |
| | | Beretta 40 caliber | H | 350.00 |
| | | Hasselblad photographic equipment | J | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **7,030.00**
(Total of this page)

Sheet **1** of **5** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst** ,
Debtors

Case No. **09-31244**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Ameriprise Financial portfolio no. xxxxxxxx6001 IRA** | **W** | **49,820.41** |
| | | **State of Utah retirement plan ($3,032 per month)** | **H** | **3,032.00** |
| | | **State of Utah retirement plan ($3,229 per month)** | **W** | **3,229.00** |
| | | **University of Utah Retirement Plans 401(a), not property of bankruptcy estate under Patterson v. Shumate** | **W** | **747.35** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% interest in KT Educational Enterprises, LLC, the assets of which include: Mountain America Credit Union savings and checking account no. xxx0261 ($11,000 estimated balance operating capital); inventory (books $4,000, kit materials $200); office equipment (printers, computers; $1,500); trademarks and intellectual property rights to materials written and produced by this company (not believed to have market value); other 50% interest owned by Patricia Saccomano All assets of this business located at Debtors' home. The business is solvent.** | **W** | **Unknown** |

Sub-Total > **56,828.76**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re  **Larry Crosby Bringhurst,**                                                          Case No.    **09-31244**
       **Kathleen Ann Sullivan Bringhurst**                              ,
                                                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Constable Larry Bringhurst, LLC aka Constable Bringhurst, LLC (99% of this business belongs to Debtor Larry Crosby Bringhurst; 1% belongs to joint debtor Kathleen Ann Sullivan Bringhurst), the assets of which are:** <br> **a Mountain America Credit Union savings account no. xxx4286 ($25 estimated balance),** <br> **a Mountain America Credit Union checking account no. xxx4286 ($25 estimated balance),** <br> **a 2003 Ford Windstar LX (encumbered by a $3,485.46 Mountain America Credit Union lien; no equity in this vehicle),** <br> **a 2004 Ford Van E-350 (encumbered by a $6,206.26 Mountain America Credit Union lien; no equity in this vehicle),** <br> **2002 Honda Civic GX (encumbered by a $10,846.55 Mountain America Credit Union lien; no equity in this vehicle),** <br> **50% interest in 2002 BMW X5, jointly owned with Debtor (described below),** <br> **2002 computer ($100),** <br> **inoperable laptop computer ($0), office furniture (desk, chair, pad, bookcase, etc.; $500 value),** <br> **51% interest in Constable Services Acquisition Co.;** <br> **49% owned Second Process, Inc. (owns 51% of Court Transportation Bailiff Services LLC)** <br> **51% interest in Court Security Services, LLC; 49% owned by CBI Security** <br> **The assets of this business located at 47 East 7200 South #221, Midvale, UT 84047.** <br> **The debts of this business exceed the value of its assets on a balance sheet.** | **J** | **0.00** |
| | | **100% interest in Salt Lake County Constable Company, LLC, which has no assets** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

                                                                               Sub-Total >          **0.00**
                                                                          (Total of this page)

Sheet  **3**  of  **5**   continuation sheets attached
to the Schedule of Personal Property

11/12/09 8:21PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst** ,

Case No. **09-31244**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 50% interest in 2002 BMW X5, jointly owned with Constable Bringhurst, LLC (117,000 miles on it; $7,500 estimated market value) | J | 3,750.00 |
| | | 1992 Ford F150 COF pickup truck VIN 1FTEF14N1NKB69066 (147,500 miles) | H | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total > **6,250.00**
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**
_____,
Debtors

Case No. **09-31244**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Hearing aid ($500), glasses ($0)** | J | 500.00 |
| | | **1 share in Holiday Water Company** | J | 500.00 |
| | | **Computer purchased in 2007 ($500), printers ($70)** | J | 570.00 |
| | | **Cellular phones** | J | 50.00 |
| | | **Barbeque** | J | 100.00 |
| | | **Exercise equipment (treadmiller, stair climber, weights, etc.)** | J | 150.00 |
| | | **Christmas decorations** | J | 50.00 |
| | | **Suitcases** | J | 50.00 |
| | | **Lawn tools, yard equipment** | J | 350.00 |
| | | **Woodworking tools** | J | 250.00 |
| | | **Hand tools** | J | 750.00 |
| | | **The Bringhurst Family Trust (dated November 7, 2005), the only property held by this trust is real property located at 2785 East Blue Spruce Drive, Holladay, UT 84117), as listed in Schedule A:** | - | 0.00 |
| | | **Counterclaims of debtors against Anthony Fernland et al. in the Third Judicial District Court, Salt Lake County, State of Utah; Clv NO. 070916098** | J | Unknown |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,320.00** |
| Total > | **77,263.76** |

Sheet **5** of **5** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)