12/23/09 12:10PM

B6B (Official Form 6B) (12/07)

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**
,
Debtors

Case No. **09-31244**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

| | Sub-Total > (Total of this page) | **0.00** |
|---|---|---|

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**
                                                   ,
Debtors

Case No. **09-31244**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Constable Larry Bringhurst, LLC aka Constable Bringhurst, LLC (99% of this business belongs to Debtor Larry Crosby Bringhurst; 1% belongs to joint debtor Kathleen Ann Sullivan Bringhurst), the assets of which are: a Mountain America C.U. savings/checking account no. xxx4286 (both containg $25 estimated balances); 2003 Ford Windstar LX (encumbered by a $3,485.46 Mountain America Credit Union lien; no equity in vehicle); 2004 Ford Van E-350 (encumbered by a $6,206.26 Mountain America Credit Union lien; no equity in vehicle); 2002 Honda Civic GX (encumbered by a $10,846.55 Mountain America Credit Union lien; no equity in vehicle);50% interest in 2002 BMW X5, jointly owned with Debtor (described below); 2002 computer ($100); inoperable laptop computer ($0); office furniture (desk, chair, pad, bookcase, etc.; $500 value), 51% interest in Constable Services Acquisition Co.; 49% owned Second Process, Inc. (owns 51% of Court Transportation Bailiff Services LC, closed; stored office equip. $4000, Ford F-350 Van ($1000), old ARs ($?); $7500 in uncashed trust acct checks; service contracts with Cities of: W. Valley, Herriman, Bluffdale, Riverton, Draper, Midvale, Dept. of Workforce, and ORS**  **Business assets located at 47 E. 7200 S. #221, Midvale, UT 84047.**  **Business debts exceed assets on balance sheet.** | J | 0.00 |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,** Case No. **09-31244**
**Kathleen Ann Sullivan Bringhurst**,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 51% interest in Court Security Services, LLC; 49% owned by CBI Security; the assets of this business include peace officer and bailiff service contracts for court security and prisoner transport for Ogden City Justice Court, Ogden City, Corp., Salt Lake City, Corp. and Sandy City; this company leases four vans from Constable Bringhurst LLC and one van from Rob Kolkman.  The contracts of this company create sufficient monthly income to service the monthly obligations of the company including payroll. | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**, Case No. **09-31244**
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Ford F150 COF pickup truck VIN 1FTEF14N1NKB69066 (147,500 miles)** | **H** | **2,500.00** |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

Sub-Total > **2,500.00**
(Total of this page)
Total > **2,500.00**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**,
Debtors

Case No. **09-31244**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1992 Ford F150 COF pickup truck VIN 1FTEF14N1NKB69066 (147,500 miles)** | **Utah Code Ann. § 78B-5-506(3)** | **2,500.00** | **2,500.00** |
| | Total: | **2,500.00** | **2,500.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6F (Official Form 6F) (12/07)

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst**
  ,
Debtors

Case No. **09-31244**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4286**<br><br>**Mountain America Credit Union**<br>**660 South 200 East**<br>**Salt Lake City, UT 84111** | X | J | **2004**<br>**Business debt: Auto loan for 2002 Honda Civic GX owned by Constable Bringhurst, LLC** | | | | **10,846.55** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page) **10,846.55**

Total (Report on Summary of Schedules) **10,846.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        S/N:29378-091215   Best Case Bankruptcy

In re **Larry Crosby Bringhurst,**
**Kathleen Ann Sullivan Bringhurst** ,

Case No. **09-31244**

Debtors

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony Fernlund**<br>**40 North 100 East**<br>**Provo, UT 84606** | **Chase**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Chase**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Mountain America Credit Union**<br>**660 South 200 East**<br>**Salt Lake City, UT 84111** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Mountain America Credit Union**<br>**660 South 200 East**<br>**Salt Lake City, UT 84111** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Mountain America Credit Union**<br>**660 South 200 East**<br>**Salt Lake City, UT 84111** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Sara Pfrommer**<br>**2663 LIttle Kate Road**<br>**P.O.Box 3915**<br>**Park City, UT 84060** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Bank of America**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410-8110** |
| **Constable Bringhurst, LLC**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **BMW Bank of North America**<br>**PO Box 78066**<br>**Phoenix, AZ 85062-8066** |
| **Constable Services Acquisition**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** |
| **Constable Services Acquisition**<br>**47 East 7200 South**<br>**Midvale, UT 84047** | **Chase**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re **Larry Crosby Bringhurst,** Case No. **09-31244**
**Kathleen Ann Sullivan Bringhurst**,
Debtors

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Constable Services Acquisition**<br>47 East 7200 South<br>Midvale, UT 84047 | **Joseph Sullivan**<br>3729 South Merrimac Circle<br>Stockton, CA 95219 |
| **Constable Services Acquisition**<br>47 East 7200 South<br>Midvale, UT 84047 | **Sara Pfrommer**<br>2663 LIttle Kate Road<br>P.O.Box 3915<br>Park City, UT 84060 |
| **Constable Services, LLC**<br>47 East 7200 South, #221<br>Midvale, UT 84047 | **Sara Pfrommer**<br>2663 LIttle Kate Road<br>P.O.Box 3915<br>Park City, UT 84060 |
| **Salt Lake County Constable Company, LLC**<br>47 East 7200 South, #221<br>Midvale, UT 84047 | **Sara Pfrommer**<br>2663 LIttle Kate Road<br>P.O.Box 3915<br>Park City, UT 84060 |
| **Second Process Corporation**<br>47 East 7200 South, #221<br>Midvale, UT 84047 | **Chase**<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors