Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT  84101
Telephone:  (801) 521-4135
Fax: (801) 521-4252
Email: jmarker@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No.  09-31244 RKM |
| | | Chapter 7 |
| LARRY CROSBY BRINGHURST, and KATHLEEN ANN BRINGHURST, | : | |
| Debtors. | : | |

## TRUSTEE'S AUCTION REPORT

On December 21, 2009 the Trustee filed and served on parties in interest the Trustee's Motion for an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Sale of Personal Property Free and Clear of Liens and Interests (the "Motion") (Docket No. 29). Paragraph 3 of the Motion describes the bid received by the Trustee from Second Process Corporation (the "Buyer") to purchase the following assets from the Bringhurst estate:  1)  The estate's membership interest in Constable Bringhurst, LLC, also known as Constable Larry Bringhurst, LLC, and the counterclaim/cross claim in lawsuit 070916098, Third District Court for the State of Utah, an action entitled *Fernland v. Bringhurst;* and  2) 100% interest in Salt Lake County Constable Company, LLC and its web domain name and website (the "Personal Property").  The bid by Second Process Corporation for the Personal Property was $6,005.

In Paragraph 4 of the Motion the Trustee solicited competing bids for the Personal Property and provided for an auction in the event of submission of a conforming competing bid. The Trustee received a conforming competing bid from CBI Security Services in the amount of $7,000, supported by an earnest money deposit of $5,000.

The Trustee conducted an auction between Second Process Corporation and CBI Security Services in the Trustee's office on Friday, January 15, 2010 at 2:00 p.m. At the conclusion of the auction Second Process Corporation submitted the highest and best offer for the Personal Property in the amount of $20,000, allocated $19,000 for the LLC membership interests and $1,000 for the counter claim/cross claim in the *Fernland v. Bringhurst* litigation.

The Trustee will present the winning bid by Second Process Corporation to the Court for approval at a hearing scheduled for Wednesday, February 3, 2010 at 10:00 a.m. in Room 369, United States Courthouse, 350 South Main St., Salt Lake City, Utah 84101.

DATED this 19th day of January, 2010.

                                              **McKAY, BURTON & THURMAN**

                                              By:             /S/
                                                    Joel T. Marker
                                                    Attorneys for Joel T. Marker, Trustee