**The below described is SIGNED.**

**Dated: February 04, 2010**

*R. Kimball Mosier*
_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**



_____

**ORDER PREPARED AND SUBMITTED BY:**

Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: jmarker@mbt-law.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

_____

| In re: | : | Bankruptcy No. 09-31244 RKM |
| --- | --- | --- |
|  |  | Chapter 7 |
| LARRY CROSBY BRINGHURST, and | : |  |
| KATHLEEN ANN BRINGHURST, |  |  |
|  |  |  |
| Debtors. | : |  |

_____

**ORDER APPROVING THE SALE OF PERSONAL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS**

The Trustee' Motion for an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Sale of Personal Property Free and Clear of Liens and Interests, dated December 21, 2009, (the "Motion") came on for hearing before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, on February 3, 2010 at 10:00 a.m. Joel T. Marker appeared at the hearing on behalf of himself as Trustee of the Chapter 7 bankruptcy estate of Larry Bringhurst and Kathleen Bringhurst and Paul J. Toscano appeared on behalf of the Debtors. Other parties, if any, noted their appearances on the record of the proceeding.

**Filed: 02/02/10**

At the hearing the Trustee reported the results of an auction conducted January 15, 2010 (as described in the Trustee's Auction Report, Docket No. 36), and the Debtors withdrew the objection they filed January 7, 2010, Docket No. 35.

Based upon the pleadings on file, proper notice to all parties in interest, and good cause appearing, it is hereby

ORDERED as follows:

1. The Motion is approved; and

2. The Trustee is authorized to sell the following assets, free and clear of liens and interests, to Second Process Corporation for $20,000: 1) The estate's membership interests in Constable Bringhurst, LLC also known as Constable Larry Bringhurst, LLC, and the counterclaim/crossclaim in lawsuit 070916098, Third District Court for the State of Utah, an action entitled *Fernlund v. Bringhurst*; and 2) 100% interest in Salt Lake County Constable Company LLC and its web domain name and website.

-------------------------------------------END OF ORDER-------------------------------------------

**SERVICE LIST**

Joel T. Marker
McKay Burton & Thurman
170 South Main Street, Suite 800
Salt Lake City, UT  84101

Larry and Kathleen Bringhurst
1402 West Ammon Way
South Jordan, UT 84095

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT  84111

Paul James Toscano
10 Exchange Place, Suite 614
Salt Lake City, UT 84111